# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN FRANK GROSS, | )<br>) |
| Plaintiff, | ) Civil Action No. 12-709<br>) |
| v. | ) District Judge Terrence F. McVerry<br>) |
| CHAIRMAN TONY AMADIO; *ET AL.*, | )<br>) |
| Defendants. | )<br>) |

## MEMORANDUM ORDER

On May 30, 2012, the above captioned case was filed in this Court and was referred to a magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on February 7, 2013 (ECF No. 49) recommending that the action be dismissed for failure to prosecute. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until February 25, 2013 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 5th day of March, 2013;

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to prosecute.

1

**IT IS FURTHER ORDERED** that the pending Motions to Dismiss (ECF Nos. 29, 39 & 43) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated February 7, 2013 (ECF No. 49), is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                By the Court:

                                s/Terrence F. McVerry
                                United States District Judge

Norman Frank Gross
1404 Tyler Avenue
Annapolis, MD 21403